SYLVESTER M. DAFONTE *v.* DEN-JO AUTOMATIC TRANSMISSION COMPANY ET AL.
(5347)

HULL, BORDEN and SPALLONE, Js.

Submitted on briefs April 6—decision released April 10, 1987

*Mark K. Zackrison* filed a brief for the appellants (defendants).

*Robert P. Cohen* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.